Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Mukesh Bali, et al.,<br><br>Defendants. | CASE NO. CV 07-2032 LKK (EFB)<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MUKESH BALI and SUKHRAJ RANI, individually and d/b/a MOUNTAIN MIKE'S PIZZA |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MUKESH BALI and SUKHRAJ RANI, individually and d/b/a MOUNTAIN MIKE'S PIZZA, that the above-entitled action is hereby dismissed **with prejudice** against MUKESH BALI and SUKHRAJ RANI, individually and d/b/a MOUNTAIN MIKE'S PIZZA.

///

///

///

///

///

STIPULATION OF DISMISSAL
CV 07-2032 LKK (EFB)
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 15, 2009        s/ Thomas P. Riley
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J SPORTS PRODUCTIONS, INC.


Dated: October 30, 2009       s/ Edward A. Smith
                              **DUDUGJIAN & MAXEY**
                              By: Edward A. Smith
                              Attorneys for Defendants
                              MUKESH BALI and SUKHRAJ RANI,
                              individually and d/b/a MOUNTAIN MIKE'S PIZZA


**IT IS SO ORDERED**:

Dated:  October 1, 2009

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL
CV 07-2032 LKK (EFB)
PAGE 2